STATE OF MAINE
Cumberland, ss

SUPERIOR COURT
Civil Action
Docket No. CV-95-572

15 A 3: 27     DONALD L. GARBRECHT
LAW LIBRARY

2000

ANGELA LAND and
ROBERTA GOBERT,

        Plaintiffs

        vs.

DRUG REHABILITATION, INC.,
d/b/a DAY ONE and
DAVID DUBOIS

ORDER ON DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

Defendant Drug Rehabilitation, Inc. (Day One) has filed a Motion for Summary Judgment as to all counts alleged against it in the complaint by Angela Land and her mother.

In brief, the complaint alleges that while Angela Land was under the care and supervision of Day One as an in-patient for substance abuse rehabilitation, David Dubois, an employee of Day One, had sexual relations with Miss Land and that she has suffered personal injury and emotional distress as a result of Dubois' conduct.

The court has reviewed the memoranda of the parties and compared the factual allegations set out in the Statement of Material Facts, the several affidavits, depositions and other material submitted in support of and in opposition to the motion.

A motion for summary judgment is a mechanism which can lead to an early determination of a case, but it is not a short-cut for a trial. It is not the role of the court to decide facts properly left to a jury or presented to the court in the advocacy process of trial. "A party is entitled to summary judgment only if there is no genuine issue of material fact and that party is entitled to a judgment as a matter of

law." *Saucier v State Tax Assessor*, 2000 ME 8, ¶ 4, 745 A.2d 972, 975. The court must consider all controverted facts in the light most favorable to the non-moving party. *See Steeves v. Bernstein, Shur, Sawyer and Nelson, PA.*, 1998 ME 210, ¶11, 718 A.2d 186, 190.

The legal theories advanced in by plaintiffs in this case are fact specific. Even tough some of the issues and theories may seem contradictory or inconsistent, there are sufficient factual discrepancies as to material facts that Day One's Motion for Summary Judgment must be denied.

The entry will be:

Defendant Day One's Motion for Summary Judgment is denied.

September 14, 2000

Thomas E. Delahanty II
Justice, Superior Court

Date Filed ___6-23-95___  ___CUMBERLAND___  Docket No. _CV 95-572_____
                              County

Action ___PERSONAL INJURY___

ANGELA LAND                                    DRUG REHABILITATION INC d/b/a DAY ONE
ROBERT GOBERT                                  DAVID E. DUBOIS

                                OCT 11 2002

                                        vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| John B. Cole, Esq.<br>William Stiles, Esq.<br>PO BOX 3200<br>Auburn, Maine 04210 | ~~David Dubois, Pro Se~~<br>17 Mallison Falls Road<br>Windham, Maine 04062<br><br>Mark Lavoie, Esq. (Drug Reh.)& (DUBOIS)<br>P.O. Box 4600<br>Portland, Maine 04112 |

Date of
Entry